JS 44 (Rev. 3/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Anthony and Laura Jones
40190 Ronda Avenue
Prairieville, LA 70769

**DEFENDANTS**
Auxilium Pharmaceuticals, Inc.
640 Lee Road
Chesterbrook, Pennsylvania 19087

**(b)** County of Residence of First Listed Plaintiff: Ascension Parish, LA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Chester County, PA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Andrew W. Knox, Esq., Lopez McHugh, LLP
1123 Admiral Peary Way, Quarters K
Philadelphia, PA 19112   215-952-6910

Attorneys *(If Known)*
Thomas Sullivan, Esq., James D. Pagliaro, Esq., Stephanie A. Blair, Esq., and Ezra D. Church, Esq.
Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103

## II. BASIS OF JURISDICTION
✓ 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of Another State: PTF ✓ 2
Incorporated and Principal Place of Business In Another State: DEF ✓ 5

## IV. NATURE OF SUIT
■ 367 Health Care/Pharmaceutical Personal Injury Product Liability

## V. ORIGIN
☑ 1 Original Proceeding

## VI. CAUSE OF ACTION
28 U.S.C. 1332: Product liability based on the use of pharmaceutical Testopel

## VII. Previous Bankruptcy Matters
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☑ Yes ☐ No

## IX. RELATED CASE(S) IF ANY
JUDGE: Honorable Matthew F. Kennelly
DOCKET NUMBER: 1:14-cv-01748

## X. This case
(check one box) ☐ Is not a refiling of a previously dismissed action ☐ is a refiling of case number _____ previously dismissed by Judge _____

DATE: January 15, 2014

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*